UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN CRUZ,

                Plaintiff,

      v.                                  **ORDER**

UNITED STATES OF AMERICA,        22 Civ. 1456 (ER)

                Defendant.

Ramos, D.J.:

On October 24, 2024, in the related criminal case *Unites States v. Cruz*, 18-cr-779-ER, the Court entered an order granting Cruz leave to appeal his sentence. Doc. 143. Accordingly, the Clerk of the Court is respectfully directed to terminate the case.

It is SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                Edgardo Ramos, U.S.D.J.